**KAUFMAN DOLOWICH LLP**
Steve R. Belilove (SBN 119506)
Email: sbelilove@kaufmandolowich.com
Patrick V. Marsh (SBN 354690)
Email: patrick.marsh@kaufmandolowich.com
11111 Santa Monica Blvd., Suite 850
Los Angeles, California 90025
Telephone: (310) 775-6511
Facsimile: (310) 575-9720

Attorneys for Defendant
PLEXUS GROUPE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMMY STREIT, an individual, | Case No. 8:25-cv-02288-MWF-(KESx) |
| Plaintiff, | [Assigned to the Honorable Michael W. Fitzgerald, Courtroom 5A] |
| vs. | |
| PLEXUS GROUPE LLC, an Illinois Limited Liability Company; PLEXUS FINANCIAL SERVICES LLC, an Illinois Limited Liability Company; and DOES 1-10, | [PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER |
| | (*Filed Concurrently with Stipulated Protective Order*) |
| Defendants. | Complaint Filed: October 10, 2025 Trial Date: None Set |

1

[PROPOSED] ORDER                                    Case No. 8:25-cv-02288 MWF-(KESx)

## [~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the Stipulation and Protective Order.

**IT IS SO ORDERD.**

Dated: __May 21, 2026_____

_Karen E. Scott_

_____

HON. KAREN E. SCOTT
U.S. MAGISTRATE JUDGE

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

      I am employed in Los Angeles County.  My business address is 21515 Hawthorne Boulevard, Suite 450, Torrance, CA 90503 where the mailing occurred.  I am over the age of 18 and am not a party to this cause.

      On May 20, 2026, I served a true copy of the foregoing document described as **[PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☐   (**BY MAIL**)  I am readily familiar with the practices of KAUFMAN DOLOWICH LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage thereon fully prepaid at Torrance, California.

☐   (**BY PERSONAL SERVICE**)  I caused such envelope to be hand delivered to the addressee so indicated.

☒   (**BY THE COURT'S ECF SYSTEM**)  I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

☐   (**BY E-MAIL**)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated on the attached service list from the following email address: duvi.patterson@kaufmandolowich.com.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

☐   (**BY FEDEX**)  I am readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)).  Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, FedEx) on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business.

☒   (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2026, at Torrance, California.

                            */s/ Duvi V. Patterson*
                            Duvi V. Patterson

[PROPOSED] ORDER                        Case No. 8:25-cv-02288 MWF-(KESx)

# SERVICE LIST

*Rammy Streit v. Plexus Groupe LLC, et al.*
USDC Central District of California Case No. 8:25-cv-02288-MWF-(KESx)

| | |
|---|---|
| Ryan D. Saba, Esq.<br>Giuliana Colon Roisenzvit, Esq.<br>Laura St. Martin, Esq.<br>Rosen Saba, LLP<br>2301 Rosecrans Avenue, Suite 3180<br>El Segundo, CA 90245<br>T:    (310) 285-1727<br>F:    (310) 285-1728<br>E:    rsaba@rosensaba.com;<br>        groisenzvit@rosensaba.com;<br>        lstmartin@rosensaba.com | **Attorneys for Plaintiff RAMMY STREIT** |

4914-2576-2478, v. 1

16

[PROPOSED] ORDER

Case No. 8:25-cv-02288 MWF-(KESx)